No. 89–114.   FREEMAN *v.* WEISSMANN.   C. A. 2d Cir.   Motion of Abass Alavi et al. for leave to file a brief as *amici curiae* granted.   Certiorari denied.

No. 89–166.   COURBOIS *v.* REDMON.   C. A. D. C. Cir.   Certiorari denied.   JUSTICE WHITE took no part in the consideration or decision of this petition.

No. 89–5053.   BOYD *v.* ALABAMA.   Sup. Ct. Ala.   Certiorari denied.   JUSTICE WHITE would grant certiorari.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentence in this case.

No. 89–5119.   BERRIGAN ET AL. *v.* PENNSYLVANIA.   Sup. Ct. Pa.   Certiorari denied.   JUSTICE BRENNAN and JUSTICE MARSHALL would grant certiorari.

No. 89–5271.   MARTIN *v.* PENNSYLVANIA STATE REAL ESTATE COMMISSION ET AL.   C. A. 3d Cir.   Certiorari denied.   JUSTICE BRENNAN took no part in the consideration or decision of this petition.

No. 89–5311.   PARKER *v.* PARSONS, WARDEN, ET AL.   C. A. 10th Cir.   Certiorari before judgment denied.

No. 87–1705.   BARRETT *v.* UNITED STATES ET AL., 492 U. S. 926;
No. 88–1802.   CHOW *v.* ATTORNEY GRIEVANCE COMMISSION, 492 U. S. 919;
No. 88–1975.   BARROW *v.* HAWKINS ET AL., 492 U. S. 921;
No. 88–6315.   BELL *v.* LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS, 492 U. S. 925;

No. 88–7055. JOHNSON v. GOVERNMENT EMPLOYEES INSURANCE CO. ET AL., 492 U. S. 909; and

No. 88–7064. IREDIA v. UNITED STATES, 492 U. S. 921. Petitions for rehearing denied.

No. 88–5964. AINSWORTH v. CALIFORNIA, 488 U. S. 1050. Motion for leave to file petition for rehearing denied.

OCTOBER 4, 1989

No. A–240. MAREK v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant the application for stay of execution in order to give the applicant time to file a petition for writ of certiorari and would grant the petition and vacate the death sentence in this case.

OCTOBER 10, 1989

No. 89–5221. PASTER v. LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari dismissed under this Court's Rule 53.

No. 88–7468. WHIGHAM v. FOLTZ, WARDEN. C. A. 6th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Harris* v. *Reed*, 489 U. S. 255 (1989).

No. 89–231. SHEARSON LEHMAN/AMERICAN EXPRESS INC. ET AL. v. BIRD, INDIVIDUALLY AND AS TRUSTEE OF THE FRANK L. BIRD PROFIT SHARING TRUST, ET AL. C. A. 2d Cir. Motion